1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 13644
3  RANDOLPH J. ST. CLAIR
   Assistant United States Attorney
4  United States Attorney's Office
   400 South Virginia, Suite 900
5  Reno, Nevada 89501
   775-784-5438
6  Randy.StClair@usdoj.gov

7  *Representing the United States of America*

8
                    **UNITED STATES DISTRICT COURT**
9                         **DISTRICT OF NEVADA**

10 | UNITED STATES OF AMERICA,           | 3:20-CR-00003-MMD-WGC
11 |                                     |
   |         Plaintiff,                  |
12 |                                     | **UNITED STATES' MOTION TO**
   |    vs.                              | **SEAL AND SEALING ORDER**
13 |                                     |
   | MICHAEL MEZA-CAMPOS,                |
14 |    aka Michael Meza                 |
   |    aka Corky                        |
15 | GILBERTO GRACIAN-RENTERIA,          |
   |    aka Juan Jose Cruz-Vizcarra      |
16 | NICOLAS GARCIA-BRISENO,             |
   | JESUS RODRIGUEZ-RUBIO,              |
17 |    aka Chewy and                    |
   | ALDO ABRAHAM CASTILLO-PEREZ,        |
18 |                                     |
   |         Defendants.                 |
19

20     The government respectfully moves the Court for an order sealing the corresponding

21 Stipulation for Protective Order Regarding Discovery of A/V Disc, USAO #000550, Exhibit N-

22 32, Protective Order [Proposed] Regarding Discovery of A/V Disc, USAO #000550, Exhibit N-

23 32, this Motion, and any corresponding Order issued by this Honorable Court, be sealed, given

24

that the stipulation and proposed protective order contain information that was discovered and should not be disclosed.

DATED this 31st day of December 2020.	Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney


　　/s/ Randolph J. St. Clair
RANDOLPH J. ST. CLAIR
Assistant United States Attorney

**ORDER**

Based upon the government's foregoing motion and the representations set forth therein, and good cause appearing, the Court hereby ORDERS that the Stipulation for Protective Order Regarding Discovery of A/V Disc, USAO #000550, Exhibit N-32, Protective Order [Proposed] Regarding Discovery of A/V Disc, USAO #000550, Exhibit N-32, this Motion, and any corresponding Order be filed under SEAL effective today until further Order of the Court.

DATED this 1st day of February, 2021.

*William G. Cobb*
_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE