NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
United States Attorney's Office
400 South Virginia, Suite 900
Reno, Nevada 89501
775-784-5438
Randy.StClair@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:20-CR-00003-MMD-WGC |
| Plaintiff, | |
| vs. | **UNITED STATES' MOTION TO SEAL AND SEALING ORDER** |
| NICOLAS GARCIA-BRISENO, | |
| Defendant. | |

The government respectfully moves the Court for an order sealing the corresponding Government's Response to Defendant's Motion for Order to Show Cause ("Government's Response"), this Motion, and any corresponding Order issued by this Honorable Court, be sealed, given that the Response contains sensitive information regarding Defendant that should not be disclosed.

DATED this 8th day of January 2021.   Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

_/s/ Randolph J. St. Clair_
RANDOLPH J. ST. CLAIR
Assistant United States Attorney

1

## ORDER

Based upon the government's foregoing motion and the representations set forth therein, and good cause appearing, the Court hereby ORDERS that the Government's Response to Defendant's Motion for Order to Show Cause, this Motion, and any corresponding Order be filed under SEAL effective today until further Order of the Court.

DATED this 1st day of February, 2021.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE